Nos. 827, 828, 829, and 830. OSTERLING *v.* COMMONWEALTH TRUST Co. ET AL. April 22, 1940. Petition for writs of certiorari to the Supreme Court of Pennsylvania

denied. *Mr. John D. Stedeford* for petitioner. *Mr. Samuel G. Wagner* for respondents.